SARAH M. RUHLIN v. WILLIAM J. BURNS INTERNATIONAL DETECTIVE AGENCY, INC.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

SENNER & KAPLAN COMPANY v. GERA MILLS.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MINES MANAGEMENT COMPANY v. F. N. B. CLOSE and Others.— Motion granted.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WILLIAM A. TITUS v. JACOB SCHNECK.— Motion denied, with ten dollars costs, without prejudice to application to the court at Special Term on sufficient papers.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

GUSSIE SLOMAN, as Administratrix, v. ISRAEL FINKELSTEIN.— Motion denied.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of JOSEPH NAYLOR, Deceased.— Motion denied.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of MARY M. JOHNSTON, Deceased.— Motion granted.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MAX FINE v. CLINTON REALTY COMPANY, INC., and Others.— Motion to extend time granted as stated in order.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MORRIS TROP and Others v. GRAMERCY CHOCOLATE COMPANY.— Motion for stay pending appeal granted on plaintiffs' giving, within five days, undertaking to secure judgment, to be approved in the usual way.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

BENJAMIN LEWENTHAL and Others v. ISAAC LEWENTHAL and Others.— Motion granted.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of HARRY H. STEINFELD, an Attorney.— Reference ordered to Hon. John W. Goff, official referee.  Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of LUDLOW AVENUE, etc.  HENRY R. C. WATSON, as Executor, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

LULU URSPRUNG, an Infant, by LOUIS URSPRUNG, Her Guardian ad Litem, Respondent, v. FLOYD GRANT & COMPANY, INC., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

LOUIS URSPRUNG, Respondent, v. FLOYD GRANT & COMPANY, INC., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.